IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **AMED PEREZ QUINTANA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00838-DB** |
| | § | |
| **PAMELA JO BONDI**, *U.S. Attorney* | § | |
| *General*, | § | |
| **Respondent.** | § | |
| | § | |

**<u>FINAL JUDGMENT</u>**

On March 31, 2026, this Court issued an "Order," ECF No. 7, granting in part Petitioner

Amed Perez Quintana's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No.

3, filed on March 25, 2026. Therein, the Court directed the Parties to file a joint notice advising

the Court of any outstanding issues by April 12, 2026. ECF No. 7 at 4. On April 15, 2026,

Respondents filed an "Advisory," ECF No. 15, notifying the Court there were no remaining issues

from Respondents' perspective. However, they were unable to confer with Petitioner because he

is pro se and currently detained. *Id.* at 1.

On April 16, 2026, the Court issued an order directing Respondents to file supplemental

briefing regarding the reasons why they were unable to contact Petitioner. *See* ECF No. 13. On

April 21, 2026, Respondents filed a "Supplemental Advisory to the Court," ECF No. 15, advising

they were able to confer with Petitioner via phone. It was noted that Petitioner did not seem to

fully understand the reason for the call. *Id.* at 2. However, Petitioner indicated to Respondents'

Counsel that he plans to appeal the Immigration Judge's decision to deny him bond and confirmed

he did not wish to raise any new issues with the Court in his habeas proceedings. *Id.* at 2. Because

it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.[1]

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **22nd** day of **April 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Should Petitioner later determine issues remain for consideration, Petitioner may file a motion to reopen the case.